# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| **Terrence G Pullega; Heidi I Pullega,** ) | |
| ) Chapter 13 | |
| ) | |
| ) Honorable A. Benjamin Goldgar | |
| **Debtor(s).** ) | |
| ) 12-40558 | |
| ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF CLAIM
## BY EASTERN SAVINGS BANK

NOW COMES the Eastern Savings Bank, by and through its attorneys, Klein, Daday, Aretos & O'Donoghue, LLC, and upon the modification of the Automatic Stay as to the property commonly known as 428 Linden Rd., Round Lake Park, IL 60073, having been granted on February 1, 2013 by an order entered on the Docket as Document #35 in this instant case, hereby withdraws its Proof of Claim, identified as claim number 1.

Eastern Savings Bank,

/s/ Jonathan N. Rogers
By One of Its Attorneys

Jonathan N. Rogers
Klein, Daday, Aretos & O'Donoghue, LLC
2550 W. Golf Rd.
Rolling Meadows, IL 60008
(847) 590-8700
6243761